UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

  v.                                    Case No. 17-CR-167

DERRICK L. HARRIS,

    Defendant.

## RECOMMENDATION ON DEFENDANT'S MOTION TO CONTINUE THE TRIAL DATE

Harris moves to continue the trial date on the grounds that his counsel is a solo practitioner who is performing almost all of the trial preparation and has recently experienced a major family medical emergency which is consuming almost all of his time. (Docket # 146.) The government has filed a motion to exclude the expert testimony of the defense's expert witness, Dr. Stephen Batzer, and a *Daubert* hearing was held on August 2, 2018. The final pretrial conference in this case is scheduled for August 14, 2018 and jury trial is scheduled for August 20, 2018.

Given defense counsel's family circumstances and to allow me sufficient time to prepare a written recommendation on the government's *Daubert* motion prior to the final pretrial date, I recommend that the court finds that Harris has shown good cause for the continuance and that the court grant Harris' motion.

However, given that Harris has been granted two previous adjournments in this case, only a short adjournment is warranted. Counsel has been advised that even if the Court

accepts this recommendation and grants the adjournment, they should be prepared to proceed to trial in short order.

**NOW, THEREFORE, IT IS RECOMMENDED** that the court grant Harris' motion to continue the trial date (Docket # 146).

Your attention is directed to General L.R. 72(c), 28 U.S.C. § 636(b)(1)(B) and Federal Rules of Criminal Procedure 59(b), or Federal Rules of Civil Procedure 72(b) if applicable, whereby written objections to any recommendation or order herein, or part thereof, may be filed within fourteen days of the date of service of the recommendation or order. Objections are to be filed in accordance with the Eastern District of Wisconsin's electronic case filing procedures. Courtesy paper copies of any objections shall be sent directly to the chambers of the district judge assigned to the case. Failure to file a timely objection with the district court shall result in a waiver of a party's right to appeal. If no response or reply will be filed, please notify the Court in writing.

Dated at Milwaukee, Wisconsin this 2nd day of August, 2018.

BY THE COURT

*s/Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge